EVA JACQUES, Appellant, v. ROY JACQUES, Respondent.— The court on its own motion directs a reargument before a full court at the September, 1939, Term. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.